FILED
OCT 01 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | |
|---|---|
| JENNIFER VASQUEZ, INDIVIDUALLY AND AS NEXT FRIEND OF K.G., *Plaintiff*, | § § § § § |
| v. | §   Case No. 6:17-CV-00013-ADA § |
| BRET McCUNE, CARMEN DECRUZ, AND CITY OF TEMPLE, *Defendants* | § § § § |

## JUDGMENT

In accordance with the Order adopting the Magistrate Judge's Report and Recommendation, the Court enters its Judgment as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment filed March 14, 2018, (Dkt. 42), be **GRANTED**, Plaintiff's state law claim **DISMISSED WITHOUT PREJUDICE**, and this case **DISMISSED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any relief not specifically granted in this Judgment be **DENIED**.

SIGNED on ~~September~~ ___, 2018.
October 1, 2018

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE